# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-cr-0240-KJD-GWF |
| v. ) | |
| ) | **AMENDED ORDER** |
| CAIN BARRUETA, ) | |
| ) | |
| Defendant. ) | |

Earlier today the court granted the defendant's Unopposed Motion to Modify Conditions of Release (#23). In the interest of clarity, the order is hereby amended to reflect that the defendant's release conditions are being modified as follows:

1. He shall no longer be required to reside at the halfway house;

2. He is required to reside at 2042 Hazel Croft Street, North Las Vegas, Nevada 89102, with Miriam Gutierrez; and

3. He shall be subject to the location monitoring program under home detention with RF monitoring.

DATED this 5th day of August, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**