# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAIN BARRUETA, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:11-cr-0240-KJD-GWF <br><br> **AMENDED ORDER** |

Before the court is the defendant's Motion to Modify Conditions of Release (#27) There being no objection by the U.S. Pretrial Services Agency or the government, and for good cause shown,

IT IS ORDERED that the Motion (#27) is granted as follows: the defendant shall no longer be subject to home confinement or RF monitoring.

DATED this 22nd day of September, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**